## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| Tiffany White,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Legal Mediation Practice, Inc.,<br><br>　　　　Defendant. | Case No.: 4:08CV1155MLM<br><br><br>**NOTICE OF DISMISSAL** |

　　　Now comes Plaintiff, by and through counsel, and hereby dismisses the present action with prejudice pursuant to Fed. R. 41(a)(1)(A)(i).  This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.


　　　　　　　　　　　　　　　　RESPECTFULLY SUBMITTED,

　　　　　　　　　　　　　　　By: /s/ Timothy J. Sostrin
　　　　　　　　　　　　　　　　　Timothy J. Sostrin, Reg. # 1592956
　　　　　　　　　　　　　　　　　LEGAL HELPERS, P.C.
　　　　　　　　　　　　　　　　　233 S. Wacker
　　　　　　　　　　　　　　　　　Sears Tower, Suite 5150
　　　　　　　　　　　　　　　　　Chicago, IL 60606
　　　　　　　　　　　　　　　　　Telephone:  312-753-7576
　　　　　　　　　　　　　　　　　Fax: 312-822-1064
　　　　　　　　　　　　　　　　　Email:  tjs@legalhelpers.com
　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 29, 2009, I served Defendant with a copy of the foregoing NOTICE OF DISMISSAL by depositing a copy of the same in the United States Mail, addressed as follows:

Legal Mediation Practice, Inc.
1919 Blanding Boulevard, Suite 4
Jacksonville, FL 32210

                                                            /s/ Timothy J. Sostrin